JPME

FILED
08 JAN 28 AM 11:08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. '08 MJ 0250 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Pablo SIORDIA-Rodlriguez,** Defendant | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **January 25, 2008** within the Southern District of California, defendant, **Pablo SIORDIA-Rodlriguez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** **DAY OF** **JANUARY, 2008.**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

JPME

**CONTINUATION OF COMPLAINT:**
**Pablo SIORDIA-Rodlriguez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 25, 2008, Border Patrol Agent I. Tabarez was performing his assigned duties in the Boulevard Station area of operations. This area is located approximately 25 miles east of the Tecate, California Port of Entry and approximately five miles north of the United States/Mexico International Border. At approximately 9:30 p.m., Agent Tabarez was driving his fully marked United States Border Patrol Vehicle northbound on Jewel Valley Road just north of the "Old 83 road" in a very cold and remote area. Approximately 200 yards north of the "Old 83 road," Agent Tabarez observed a large group of individuals standing on the east side of Jewel Valley Road waiving him down for assistance.

Agent Tabarez observed that the subjects appeared cold and in distress, and that some were not properly dressed in cold weather clothing. Agent Tabarez approached the individuals and identified himself as a United States Border Patrol Agent and began to question the subjects as to their immigration status in the English Language. The individuals appeared confused and did not reply. Agent Tabarez then identified himself in the Spanish Language to the individuals. The individuals stated they needed help because they were cold, thirsty, hungry, lost and just wanted to go back to Mexico.

All twenty-two subjects, including one later identified as the defendant **Pablo SIORDIA-Rodlriguez**, freely admitted that they were citizens and nationals of Mexico, without any documents allowing them to enter into or remain legally in the United States. All individuals were arrested and transported to the Boulevard Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 28, 1998** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on January 26, 2008 at 10:00 a.m.**

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 25, 2008 in violation of Title 8, United States Code, Section 1326.

Peter C. Lewis
United States Magistrate Judge

1-26-08 @ 2:49 pm
Date/Time