**Christian De Olivas**
**CalBarNo. 249608**
**De Olivas Law Firm, APLC**
**200 N. Bradford Ave., Suite L**
**Placentia, CA 92870**
**Telephone: (714) 646-3314**
**Facsimile: (714) 646-3721**

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
______________________,
Defendant
Pablo Siordia

Case No: 308-mj-0250 .-BLM (
**SUBSTITUTION OF ATTORNEY**

Pablo Siordia-Rodriguez hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, Jennifer Coon.

DATED: 2-21-08 — Pablo Siordia (signature)
DEFENDANT

I consent to the above substitution.

DATED: 2/21/08 — Jennifer C (signature)
PRESENT ATTORNEY



mj 00250 BLM

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 02-21-08 ____________________

NEW ATTORNEY

Please check one: ✓ RETAINED, or ________ APPOINTED BY THE COURT.

DATED: 2/21/08

APPROVED: ____________________

UNITED STATES DISTRICT COURT JUDGE



MJ 00250 BLM