FILED

08 FEB 27 PM 4:53

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0542 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PABLO SIORDIA-RODRIGUEZ, Defendant. | Criminal Case No. ___________ **INDICTMENT** Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about January 25, 2008, within the Southern District of California, defendant PABLO SIORDIA-RODRIGUEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CPH:fer:San Diego
2/27/08

It is further alleged that defendant PABLO SIORDIA-RODRIGUEZ, was removed from the United States subsequent to January 7, 2000.

DATED: February 27, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney