Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721
Email: christian@deolivaslaw.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JUDGE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>PABLO SIORDIA-RODRIGUEZ,<br>Defendant | **CASE**: 307-cr-00542-BEN<br>**DATE**: _04/28/08<br>**TIME**: 2:00 PM<br>**CERTIFICATE OF SERVICE: MOTION TO COMPEL DISCOVERY** |

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.
2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Motion; Motions to Compel Discovery;**

**Points and Authorities** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

a. Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on **April 26, 2008**.

**DATED**: 04/26/08 **SIGNED**: */s/ Christian De Olivas*

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
PABLO SIORDIA-RODRIGUEZ