FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PABLO SIORDIA-RODRIGUEZ,<br>Defendant. | Criminal Case No. 08CR0542-BEN<br><br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 – Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 – Illegal Entry (Felony);<br>Title 8, U.S.C., Sec. 1325 – Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about November 4, 1998, within the Southern District of California, defendant PABLO SIORDIA-RODRIGUEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

Count 2

On or about May 10, 1999, within the Southern District of California, defendant PABLO SIORDIA-RODRIGUEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about January 25, 2008, within the Southern District of California, defendant PABLO SIORDIA-RODRIGUEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 14 July 2008.

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney