KAREN P. HEWITT
United States Attorney
ANDREW G. SCHOPLER
Assistant U.S. Attorney
California State Bar No. 236585
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-5836
Facsimile No.: (619) 235-2757

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO SIORDIA-RODRIGUEZ,<br><br>Defendant. | Criminal Case No. 08CR0542-BEN<br><br>Date: July 21, 2008<br>Time: 9:00 a.m.<br><br>**NOTICE OF WITHDRAWAL OF ELECTRONIC SIGNATURE** |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, and hereby withdraws the electronic signature of Assistant U.S. Attorney ANDREW G. SCHOPLER from the document filed by the defense today, entitled “Joint Motion to Continue Accept Plea Hearing with Probation Office Report,” and bearing Docket Number 25.

Earlier today, undersigned counsel spoke by telephone with a representative of defense counsel Christian De Olivas’s law firm, who informed the undersigned that Mr. De Olivas had been hospitalized and would therefore need a continuance. Undersigned counsel agreed to a continuance on this basis, but had not reviewed the motion prior to its filing. The United States has now reviewed the motion, which states that the basis for the motion is as follows: “in order to prepare for said Accept Plea hearing and Probation Office to prepare for Presentencing Report.” In addition to the undersigned prosecutor’s electronic signature, the “joint” motion bears the

electronic signature of Mr. Christian De Olivas, who undersigned counsel was informed had been hospitalized.

The United States objects to the use of the undersigned prosecutor's electronic signature on this motion for several reasons: (1) further preparation time was not the understood basis for the continuance; (2) the Probation Office has already prepared a Presentence Report in this case; (3) the motion is riddled with inapplicable or non-existent legal citations; and (4) undersigned counsel is troubled by the fact that the motion bears the electronic signature of Mr. De Olivas himself (who was presumably in the hospital when this was drafted and filed), rather than the signature of an attorney on behalf of Mr. De Olivas. The undersigned has already made two unsuccessful attempts to contact the defense firm to request that they withdraw the motion or amend it.

Consequently, the United States moves to withdraw the undersigned prosecutor's electronic signature from Docket Number 25. **Nevertheless, the United States still does not object to a continuance of this matter until August 11, 2008 at 9:00 a.m.**

DATED: July 18, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PABLO SIORDIA-RODRIGUEZ,<br>Defendant. | Criminal Case No. 08CR0542-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF WITHDRAWAL OF ELECTRONIC SIGNATURE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Christian De Olivas

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2008

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant United States Attorney