## JOINT MOTION TO CONTINUE: POINTS & AUTHORITIES

The Defendant, PABLO SIORDIA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by its counsel, ANDREW SCHOPLER, and pursuant to Federal Rules of Criminal Procedure 32, hereby move this court to grant the above-stated motion.

In support thereof, Defense Counsel, and pursuant to and without objection by the Plaintiff's Counsel, request that the current Accept Plea and Sentencing hearing scheduled for August 11, 2008 at 9:00 a.m. be continued to September 08, 2008 at 9:00 a.m., due to defense counsel's, CHRISTIAN DE OLIVAS, medical restrictions.

This continuance meets the "ends of justice" and outweighs the interest of the public and the defendant's right to a Speedy Trial Act.

Respectfully Submitted,

**DATED**: August 08, 2008 **SIGNED**: s/ Christian De Olivas
CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
PABLO SIORDIA-RODRIGUEZ

**SIGNED**: s/ Andrew Schopler
ANDREW SCHOPLER

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA