**Christian De Olivas**
CA Bar No. 249608
DE OLIVAS LAW FIRM
A Professional Law Corporation
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>PABLO SIORDIA-RODRIGUEZ,<br>Defendant | **CASE NO.**: 3:08-cr-542-BEN-1<br><br>**DATE**: September 08,2008<br><br>**TIME**: 9:00 A.M.<br><br>**AMENDED NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE SENTENCE WITH PROBATION OFFICE REPORT** |

**NOTICE OF JOINT MOTION**

TO: THE UNITED STATES ATTORNEY

Please take notice that on the above-referenced date, Defendant, PABLO SIORDIA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through its counsel, ANDREW SCHOPLER, will move this Court to grant the above-entitled motion.