# JOINT MOTION TO CONTINUE: POINTS & AUTHORITIES

The Defendant, PABLO SIORDIA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by its counsel, ANDREW SCHOPLER, and pursuant to Federal Rules of Criminal Procedure 32, hereby move this court to grant the above-stated motion.

In support thereof, Defense Counsel, and pursuant to and without objection by the Plaintiff's Counsel, request that the current Accept Plea and Sentencing hearing scheduled for August 11, 2008 at 9:00 a.m. be continued to September 08, 2008 at 9:00 a.m., due to defense counsel's, CHRISTIAN DE OLIVAS, medical restrictions: Counsel was discharged from the hospital on August 03, 2008 but continues to be seen and closely monitored as an outpatient. He has been admitted to the hospital three times during the month of July. In order to avoid additional hospitalizations, his doctors have ordered him to convalescence for a period of two additional weeks. He is expected to return to work on August 18, 2008.

The parties agree that any delay resulting from this continuance shall be excluded under the Speedy Trial Act, because Defendant has pled guilty to the charge in the Indictment and the parties are still attempting to negotiate a disposition of the charge in the Information.

Respectfully Submitted,

**DATED**: August 08, 2008 **SIGNED**: s/ Christian De Olivas
CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
PABLO SIORDIA-RODRIGUEZ

**SIGNED**: s/ Andrew Schopler
ANDREW SCHOPLER

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA